In the Matter of the Estate of MARY G. PINKNEY, Deceased.

EMERY J. THOMAS, as Administrator of the Estate of GRACE W. THOMAS, Deceased, Appellant; JULIA W. LAWRENCE et al., Respondents.

*Trusts and trustees — apportionment of income between life beneficiaries.*

*Matter of Pinkney,* 208 App. Div. 181, affirmed.

(Argued May 20, 1924; decided June 3, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1924, which unanimously affirmed a decree of the New York County Surrogate's Court in a proceeding for the apportionment between life beneficiaries of income arising from a trust created by the last will and testament of Mary G. Pinkney, deceased.

*Bertrand L. Pettigrew, David B. Luckey* and *George W. Thomas* for appellant.

*Benjamin R. Buffett* for Julia W. Lawrence, respondent.

*Donald C. Strachan* and *Wesley S. Sawyer* for Mechanics and Metals National Bank, as trustee, respondent.

*Charles P. Northrop* for Keith W. Morris et al., respondents.

*Frederick H. McCoun* for Louis H. Morris, respondent.

*Burt D. Whedon,* special guardian for Louis H. Morris, Jr., et al., respondents.

Order affirmed, with one bill of costs to respondents Lawrence and Mechanics and Metals National Bank and costs to special guardian all payable out of fund ordered to be paid to appellant; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.